FILED

JAN 1 2 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:23 CR 0027 |
| v. | ) | |
| | ) | Title 21, United States Code, |
| KENDALE WARE, | ) | Sections 841(a)(1) and (b)(1)(C) |
| | ) | |
| Defendant. | ) | JUDGE LIOI |

COUNT 1
(Distribution of Fentanyl,
21 U.S.C. 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about August 10, 2022, in the Northern District of Ohio, Eastern Division, Defendant KENDALE WARE did knowingly and intentionally distribute approximately 9.65 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853, the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant KENDALE WARE shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violation; and any and

all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

United States v. Kendale Ware

1:23 CR 0027

A TRUE BILL.

_____
FOREPERSON

MICHELLE M. BAEPPLER
First Assistant United States Attorney

By: _____
Robert F. Corts
Chief, OCDETF Unit

3

Revised 12/20/11 (CP)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

CRIMINAL DESIGNATION FORM (To be completed by the U.S. Attorney)

**FILED**
**JAN 1 2 2023**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

**1:23 CR 0027**
**JUDGE LIOI**
**MAG. JUDGE ARMSTRONG**

CRIMINAL CATEGORY:
1. [X] General Criminal Felony
2. [ ] All Misdemeanor, Minor, and Petty Offenses

OFFENSE(S) CHARGED:
- Title and Section: 21:841(a)(1) & (b)(1)(C)
- Description of Offense: Distribution of Fentanyl
- Statutory Penalty: up to 20 yrs; $1,000,000 fine, 3 yrs. S/R, $100.00 S/A

THE UNITED STATES ATTORNEY CERTIFIES:

[ ] This superseding indictment or superseding information supersedes and supplants the entire previously filed indictment or information.

[ ] This supplemental information adds a count or counts for a defendant (or defendants) in a previously filed indictment or information.

THE SUPERSEDING INDICTMENT, SUPERSEDING INFORMATION OR SUPPLEMENTAL INFORMATION TO BE DIRECTLY ASSIGNED TO THE SAME JUDGE

- Case No: 
- Judicial Officer: 

This is a related case in that:

[ ] This indictment is returned against a defendant(s) who is pending trial or sentencing or is on probation or supervised release (Judge and Case No. below), and this new case involves only the said defendant(s); OR

[ ] This criminal prosecution arises out of the same criminal transaction or series of criminal transactions as are charged in

- Case No: 
- Judicial Officer: 

Other Information: Not Applicable.

(THIS RELATED CASE IS TO BE FILED BY RANDOM DRAW, AFTER WHICH REASSIGNMENT PURSUANT TO LCrR 57.9 MAY BE SOUGHT.)

**PREVIOUSLY FILED CRIMINAL CAUSE, IF ANY (INCLUDING COMPLAINTS)**

- CASE NO.: 1:22MJ4379
- Judicial Officer: Greenberg

COUNTY THAT CONTROLS AS TO THE LOCATION OF COURT WHERE THIS CASE IS BEING FILED:

- COUNTY: Cuyahoga
- (CHECK ONE) [ ] 1. DEFENDANT'S RESIDENCE  [X] 2. SITUS OF ALLEGED CRIME  [ ] 3. OTHER

NAME AND ADDRESS OF DEFENDANT(S) AND DEFENSE ATTORNEY(S)

Custody: [ ] State or Local  [X] Federal  [ ] Writ Required

Defendant(s):
- Name: Kendale Ware
- Address: 11924 Forest Avenue
- City, Zip: Cleveland, 44120
- Telephone: Unknown

Attorney(s):
- Name: Craig T. Weintraub
- Address: 55 Public Square, Ste. 1600
- City, Zip: Cleveland, OH 44113
- Telephone: 216-896-9090
- E-Mail: cweintraub@hotmail.com

Assistant US Attorney: Vasile C. Katsaros /s/ Vasile C. Katsaros
Asset/Forfeiture handled by: N/A
Date: 01/12/2023
Telephone: (216) 622-3876